IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TYLER B. ISOM** **PLAINTIFF**
**ADC #156195**

v. CASE NO. 5:19-CV-00311-BSM

**PATRICIA SNYDER, et al.** **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 8] is adopted, and plaintiff Tyler Isom's amended complaint [Doc. No. 7] is dismissed without prejudice. Dismissal of this action constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g).

Pursuant to 28 U.S.C. section 1951(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 4th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE